UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRYANT J. BROWN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-6463** |
| **STATE OF LOUISIANA, JUDGE DARRYL DERBIGNY, ATTORNEY DONALD DONNELLY** | **SECTION "J" (4)** |

### O R D E R

The court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Bryant J. Brown's 42 U.S.C. § 1983 claims against the defendants, State of Louisiana, Judge Darryl Derbigny, and Attorney Donald Donnelly, are **DISMISSED WITH PREJUDICE** for failure to state a claim for which relief can be granted, and/or for seeking relief against an immune defendant pursuant to § 1915(e)(2) and § 1915A(b).

New Orleans, Louisiana, this 29th day of January 2010.

_____
UNITED STATES DISTRICT JUDGE